**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-1

**TRENK ISABEL SIDDIQI**
**& SHAHDANIAN P.C.**
Richard D. Trenk, Esq.
Robert S. Roglieri, Esq.
290 W. Mt. Pleasant Ave., Suite 2350
Livingston, New Jersey 07039
Telephone: (973) 533-1000
Email: rtrenk@trenkisabel.law
Email: rroglieri@trenkisabel.law

*Counsel to Plaintiff,*
*The Diocese of Camden, New Jersey*

**Order Filed on December 21, 2022**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

| | |
|---|---|
| In re:<br><br>THE DIOCESE OF CAMDEN, NEW JERSEY,<br><br>Debtor. | Chapter 11<br><br>Case No. 20-21257 (JNP) |
| THE DIOCESE OF CAMDEN, NEW JERSEY,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOE, et al.,<br><br>Defendants. | Adv. Pro. No. 20-01544 (JNP) |

THIRTEENTH STIPULATION AND ORDER PURSUANT TO 11 U.S.C. § 105(a) STAYING CONTINUED PROSECUTION OF CERTAIN LAWSUITS

The relief set forth on the following pages, numbered two (2) through five (5) is hereby **ORDERED.**

**DATED: December 21, 2022**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

| | |
|---|---|
| Debtor: | The Diocese of Camden, New Jersey |
| Case No.: | 20-01544 (JNP) |
| Caption of Order: | Thirteenth Stipulation and Order Pursuant to 11 U.S.C. § 105(a) Staying Continued Prosecution of Certain Lawsuits |

This matter came before the Court on the *Motion of the Official Committee of Tort Claimant Creditors (the "Committee") to Vacate or Modify Preliminary Injunction* [Adv. Pro. Dkt. 44] (the "Motion to Vacate"). Following the filing of the Motion to Vacate, the above-referenced Debtor (the "Debtor" or the "Diocese"), counsel for the parishes, certain schools and the mission represented by Arthur J. Abramowitz, Esquire of Sherman Silverstein Kohl Rose & Podolsky (collectively referred to as the "Parishes"), and the Committee engaged in discussions regarding the relief sought, the bases therefor and the best interests of the Debtor's estate and creditors. The Debtor, Parishes and Committee (collectively, the "Parties") agree to be bound by the terms, and therefore jointly move for the Court to enter the following Consent Order on the terms set forth herein;

**WHEREAS,** as a result of certain negotiations between the Parties, the Court entered a *Stipulation and Order Pursuant to 11 U.S.C. § 105(a) Staying Continued Prosecution of Certain Lawsuits* [Dkt. 66] (the "First Stipulation")[1]; and

**WHEREAS,** as a result of additional negotiations between the Parties, the Court entered a *Second Stipulation and Order Pursuant to 11 U.S.C. § 105(a) Staying Continued Prosecution of Certain Lawsuits* [Dkt. 74] (the "Second Stipulation"); and

**WHEREAS,** as a result of additional negotiations between the Parties, the Court entered a *Third Stipulation and Order Pursuant to 11 U.S.C. § 105(a) Staying Continued Prosecution of Certain Lawsuits* [Dkt. 76] (the "Third Stipulation"); and

[1] Capitalized terms used but not defined herein shall have the same meaning ascribed to such terms in the First Stipulation.

---

**WHEREAS,** as a result of additional negotiations between the Parties, the Court entered a *Fourth Stipulation and Order Pursuant to 11 U.S.C. § 105(a) Staying Continued Prosecution of Certain Lawsuits* [Dkt. 79] (the "Fourth Stipulation"); and

**WHEREAS,** as a result of additional negotiations between the Parties, the Court entered a *Fifth Stipulation and Order Pursuant to 11 U.S.C. § 105(a) Staying Continued Prosecution of Certain Lawsuits* [Dkt. 84] (the "Fifth Stipulation"); and

**WHEREAS,** as a result of additional negotiations between the Parties, the Court entered an *Amended Sixth Stipulation and Order Pursuant to 11 U.S.C. § 105(a) Staying Continued Prosecution of Certain Lawsuits* [Dkt. 92] (the "Sixth Stipulation"); and

**WHEREAS,** as a result of additional negotiations between the Parties, the Court entered a *Seventh Stipulation and Order Pursuant to 11 U.S.C. § 105(a) Staying Continued Prosecution of Certain Lawsuits* [Dkt. 101] (the "Seventh Stipulation"); and

**WHEREAS,** as a result of additional negotiations between the Parties, the Court entered a *Eighth Stipulation and Order Pursuant to 11 U.S.C. § 105(a) Staying Continued Prosecution of Certain Lawsuits* [Dkt. 108] (the "Eighth Stipulation"); and

**WHEREAS,** as a result of additional negotiations between the Parties, the Court entered a *Ninth Stipulation and Order Pursuant to 11 U.S.C. § 105(a) Staying Continued Prosecution of Certain Lawsuits* [Dkt. 110] (the "Ninth Stipulation"); and

**WHEREAS,** as a result of additional negotiations between the Parties, the Court entered a *Tenth Stipulation and Order Pursuant to 11 U.S.C. § 105(a) Staying Continued Prosecution of Certain Lawsuits* [Dkt. 122] (the "Tenth Stipulation"); and

---

**WHEREAS,** as a result of additional negotiations between the Parties, the Court entered a *Eleventh Stipulation and Order Pursuant to 11 U.S.C. § 105(a) Staying Continued Prosecution of Certain Lawsuits* [Dkt. 128] (the "Eleventh Stipulation"); and

**WHEREAS,** as a result of additional negotiations between the Parties, the Court entered a *Twelfth Stipulation and Order Pursuant to 11 U.S.C. § 105(a) Staying Continued Prosecution of Certain Lawsuits* [Dkt. 131] (the "Twelfth Stipulation"); and

**WHEREAS,** the Parties incorporate herein the recitals set forth in the First Stipulation, Second Stipulation, Third Stipulation, Fourth Stipulation, Fifth Stipulation, Sixth Stipulation, Seventh Stipulation, Eighth Stipulation, Ninth Stipulation, Tenth Stipulation, Eleventh Stipulation, and Twelfth Stipulation as if fully set forth herein; and

**WHEREAS,** the Parties have agreed to continue the stay of the Survivor Cases against all State Court Defendants in accordance with the terms set forth in this stipulation and order ("Stipulation").

**AND IT IS HEREBY STIPULATED AND AGREED AND SO ORDERED THAT:**

1. The foregoing recitals are incorporated herein by reference.

2. The Court's November 13, 2020 Order [Adv. Pro. Dkt. 22] remains in full force and effect.

3. The Motion to Vacate is adjourned pending entry of an order regarding the Diocese's and Tort Committee's *Eighth Amended Plan of Reorganization* [ECF 1725]. At that time, the Parties will confer on a hearing date for the Motion, if necessary. The entry of this Stipulation is without prejudice to the Diocese and the Parishes' right to seek to continue the

---

November 13, 2020 Order and the Committee's right to oppose such extension.

4. Paragraphs 4 through 10 of the First Stipulation are incorporated herein by reference and extended through a hearing date on the Motion to Vacate.

**STIPULATED AND AGREED TO BY:**

Dated: December 21, 2022

**TRENK ISABEL SIDDIQI & SHAHDANIAN P.C.**

By: */s/ Robert S. Roglieri*
Richard D. Trenk
Robert S. Roglieri
290 W. Mt. Pleasant Ave., Suite 2350
Livingston, New Jersey 07039

*Counsel to the Diocese*

Dated: December 21, 2022

**LOWENSTEIN SANDLER LLP**

By: */s/ Michael A. Kaplan*
Jeffrey D. Prol
Michael A. Kaplan
One Lowenstein Drive
Roseland, New Jersey 07068

*Counsel to the Tort Committee*

Dated: December 21, 2022

**SHERMAN, SILVERSTEIN, KOHL, ROSE & PODOLSKY, P.A.**

By: */s/ Arthur J. Abramowitz*
Arthur J. Abramowitz, Esq.
308 Harper Drive, Suite 200
Moorestown, New Jersey 08057

*Counsel to the Parishes*